

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00123-CV

**IN THE INTEREST OF J.J.H.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01604
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED June 21, 2023.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Marisa Flores is the presiding judge of the 224th Judicial District Court. The Honorable Charles E. Montemayor, associate judge, signed the order being appealed.